

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Wilde, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Flagstar Bank FSB<br><br>**Defendant.** | Civil Action No.   18cv1370-LAB-BGS<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Wilde's claims are Dismissed with prejudice.

Date:       3/8/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Taylor
J. Taylor, Deputy