# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK FSB., et al.,<br><br>Defendants. | CASE NO. 18cv1370-LAB (BGS)<br><br>**ORDER DENYING MOTION TO AMEND JUDGMENT [Dkt. 24]** |

In March, this Court dismissed with prejudice Robert Wilde's claims against Defendant Flagstar Bank on the basis that he failed to comply with his loan's notice-and-cure provision prior to filing suit. Wilde now asks the Court to amend the judgment to a dismissal *without* prejudice, arguing that he has since complied with the loan's notice-and-cure provision. In the Ninth Circuit, a motion to alter or amend a judgment under Rule 59(e) is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Wood v. Ryan*, 759 F.3d 1117, 1121 (9th Cir. 2014). A district court may grant a Rule 59(e) motion if it "is presented with newly discovered evidence, committed *clear error*, or if there is an intervening change in the controlling law." *Id.* (emphasis in original). Wilde hasn't shown that any of those reasons are present here, so his motion to amend the judgment is **DENIED**. Dkt. 24.

**IT IS SO ORDERED**.

Dated: May 7, 2019

_____
**Honorable Larry Alan Burns**
Chief United States District Judge

- 1 -